# EXHIBIT "C"

Accounting as of 10-10-12

Sources of Funds:

1. Net proceeds of sale:         $6,191,844.21
2. Interest on funds             $4,962.08
                                                 $6,196,806.29

Uses of Funds:

1. On behalf of Walton Associates LLC (first mortgagee)
   A. Ram Gupta               $1,600,000.00
   B. Shanker Mgmt            $140,000.00
   C. Ben Nehmadi             $3,203,000.00
   D. Besen & Associates      $70,000.00
   E. Goldberg Weprin         $6,000.00
   F. Robinson Brog           $20,000.00
                                                 $5,039,000.00

2. Real Estate Taxes                             $180,330.38

3. Unsecured Creditors
   A. Con Edison(Marion)              $2,819.78
   B. Elimax Builders Supply (Marion) $392.89
   C. Jorge Torres (Marion)           $130.00
   D. Con Edison      (Walton)        $5,419.64
   E. Elimax Builders Supply (Walton) $639.84
   F. Jorge Torres (Walton)           $390.00
   G. Miller Advertising              $540.75
                                                 $10,332.90

4. US Trustees
   A. US Trustee (Marion)             $12,050.00
   B. US Trustee (Walton)             $15,950.00
                                                 $28,000.00

5. Reserves
   A. East Coast Petroleum (Marion)  $3,249.46
   B. East Coast Petroleum (Walton)  $4,943.11
   C. Admin                          $20,000.00
   D. General Reserve                $9,459.25
                                                 $37,651.82

6. Balance to Bravo Realty
   1. Goldberg Weprin               $35,000.00
   2. Bravo Realty                  $866,491.19
                                                 $901,491.19